# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-1633

_____

Robert L. Bland

*Plaintiff - Appellant*

v.

O.P. & C.M.I.A.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: September 18, 2014
Filed: September 24, 2014
[Unpublished]

_____

Before LOKEN, MURPHY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Robert L. Bland appeals the district court's[1] order denying his motion for summary judgment and granting summary judgment for O.P. & C.M.I.A. (the union).

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

After de novo review, see Torgerson v. City of Rochester, 643 F.3d 1031, 1042-43 (8th Cir. 2011) (en banc), we affirm.  We conclude that summary judgment for the union was appropriate.  As Bland failed to produce evidence that the union referred union members outside the protected class for work during the time in question, he failed to support his Title VII claim that the union "fail[ed] or refuse[d] to refer [him] for employment" on account of his race.  42 U.S.C. § 2000e-2(c)(2); c.f. Jackson v. United Parcel Serv., Inc., 643 F.3d 1081, 1086 (8th Cir. 2011).

Accordingly, the judgment is affirmed.  See 8th Cir. R. 47B.

_____